IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

PAUL HARRIS                                                    PLAINTIFF

    vs.              CASE No. 05-CV-2166

APPROVED TURBO COMPONENTS                                      DEFENDANT

**ORDER**

Now on this 28th day of March, 2006, there comes on for consideration Plaintiff's Unopposed Motion to Nonsuit (#6). The Court, being well and sufficiently advised in the premises, finds that the motion should be and is hereby GRANTED, and the above-styled cause is DISMISSED without prejudice.

IT IS SO ORDERED.

/S/ Robert T. Dawson
      Robert T. Dawson
      United States District Judge